UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br>ALAMO STRATEGIC MANUFACTURING, INC<br>  Debtor | CASE NO. 21-50373 |
| McKinlay Properties, LLC,<br>Plaintiff | CHAPTER 11 PROCEEDING |
| Vs. | Adversary No. |
| Alamo Strategic Manufacturing, Inc.<br>Defendant | |

### ORDER GRANTING COMPLAINT TO REVOKE CONFIRMATION

Came on for consideration for Plaintiff's, McKinlay Properties, LLC, the Complaint to Revoke Confirmation and the court, having considered the Complaint, finds that it should be granted in all respects it is therefore:

ORDERED that the order confirming the plan is revoked.

ORDERED the discharge entered by means of confirmation is revoked.

###

UPON ENTRY, COPIES TO:

Heidi McLeod
Heidi McLeod Law Office P.L.L.C.
3355 Cherry Ridge, Ste. 214
San Antonio, TX 78230
(210) 853-0092
(210) 853-0129 fax