# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21–50373–cag

Chapter No.: 11

Judge: Craig A Gargotta

IN RE: **Alamo Strategic Manufacturing, Inc.**, Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **8/16/2021** was filed on **3/9/2022**. The following deadlines apply:

The parties have until **March 16, 2022** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **March 30, 2022**.

If a request for redaction is filed, the redacted transcript is due **April 11, 2022**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **June 7, 2022** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Dipti Patel, Federal Court Reporters of San Antonio, Inc., (210) 340–6464**, or you may view the document at the clerk's office public terminal.

Dated: 3/10/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Emilio Luna

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]